

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-13-00642-CV

Rey **ROJAS-SILVA,**
Appellant

v.

**STATE OF TEXAS FOR THE PROTECTION OF LORENA ROJAS,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06892
Honorable Jason Pulliam, Judge Presiding

## O R D E R

Appellee's first motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before May 19, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court